IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CAPLAN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NH EXTERIORS, INC.<br><br>    Defendant. | Case No. 1:23-cv-12428-DLC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

DATED:  November 4, 2025                               Respectfully submitted,


/s/ *Anthony I. Paronich*                              /s/ *Jeffrey S. Strom*
Anthony I. Paronich                                    Jeffrey S. Strom (BBO #660992)
Paronich Law, P.C.                                     REGAN STROM, P.C.
350 Lincoln St., Suite 2400                            P.O. Box 916
Hingham, MA 02043                                      Boylston, MA 01505
Tel: 617-485-0018                                      Tel: 508-925-5525
Fax: 508-318-8100                                      Fax: 508-519-9174
Email: anthony@paronichlaw.com                         Email: jstrom@reganstrom.com

*Counsel for Plaintiff*                                *Counsel for Defendant*